UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK / Attorney:

HILDA R. MUINOS

Plaintiff(s)

Index #: 08 CV 0271 (DANIELS)

- against -

Date Filed:

THOMAS NELSON, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 15, 2008 at 11:35 AM at

C/O CT CORPORATION SYSTEM
111 8TH AVENUE, 13TH FL
NEW YORK, NY10011

deponent served the within true copy of the SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND AND JUDGES' RULES on THOMAS NELSON, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. PAULAL KASH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND AND JUDGES' RULES as said defendant/respondent and knew said individual to be the PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 50 | 5'2 | 120 |

Sworn to me on: January 16, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**DAVID GOLDBERG**
License #: 916033
Docket #: 536096

```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HILDA R. MUINOS,                    : ECF CASE       JUDGE DANIELS

               Plaintiff,           : CASE NUMBER:

      v.                            : 08 CV 0271

THOMAS NELSON, INC.,                : SUMMONS IN A CIVIL CASE

               Defendant.           :
------------------------------------X
```

**TO:** Thomas Nelson, Inc.
c/o CT Corporation System
111 Eighth Avenue, 13th Floor
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon

PLAINTIFF'S ATTORNEY:

Andrew Vitrano, Esq. (AV 9491)
VITRANO & MOSCHETTA, LLP
300 Park Avenue, 17th Floor
New York, NY 10022
Telephone:(646)290-6272

an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         JAN 1 4 2008
CLERK                                      DATE

_Marcos Quintero_
(By) DEPUTY CLERK