HILDA R. MUINOS

Plaintiff(s)

Index #: 08 CV 00271 (GBD)

- against -

Date Filed:

THOMAS NELSON INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 24, 2008 at 12:45 PM at

C/O CT CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NY10011

deponent served the within true copy of the LETTER AND COPY OF INITIAL PRETRIAL CONFERENCE ORDER on THOMAS NELSON INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. NORA DINDYAL personally, deponent knew said corporation so served to be the corporation described in said LETTER AND COPY OF INITIAL PRETRIAL CONFERENCE ORDER as said defendant/respondent and knew said individual to be the PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 35 | 5'4 | 120 |

Sworn to me on: January 25, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**DAVID GOLDBERG**
License #: 916033
Docket #: 536808

# VITRANO & MOSCHETTA
### ATTORNEYS AND COUNSELLORS AT LAW

VITRANO & MOSCHETTA, LLP
300 PARK AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: 646.290.6272
FACSIMILE: 212.572.6499

WWW.VITRANOLAW.COM

ANDREW VITRANO                                                                                    MARY ELLEN MOSCHETTA

January 18, 2008

VIA HAND DELIVERY

Legal Counsel
Thomas Nelson, Inc.
c/o CT Corporation System
111 Eighth Avenue, 13th Floor
New York, NY 10011

      Re:   **Muinos v. Thomas Nelson, Inc.**, No. 08 CV 0271 (G.B.D.)

Dear Counselor(s):

      Please find submitted herewith a copy of the Initial Pretrial Conference Order issued by the Honorable George B. Daniels for the above-referenced action. The conference is scheduled for **Wednesday, April 2, 2008 at 9:30 am** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 15D.

      As stated in Judge Daniels' Order, the Court has designated this case an electronic case. Counsel for all parties are directed to follow the Procedures, Guidelines and 3rd Amended Instructions for Electronic Case Filing as well as the Individual Practices of Judge George B. Daniels, copies of all of which were personally served upon Thomas Nelson, Inc. on January 15, 2008. These materials are also available via the Internet at www1.nysd.uscourts.gov/index.php.

      Should you wish to contact me to arrange a time to meet and confer prior to the conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, please contact me at (646) 290-6272.

      Very truly yours,

      s/ ANDREW VITRANO
      Andrew Vitrano
      (AV 9491)

Enclosures

cc:   Hon. George B. Daniels (Via Hand Delivery)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Hilda R. Muinos

               Plaintiff(s),

   -against-

Thomas Nelson, Inc.

               Defendant(s).
------------------------------------------------------X



INITIAL PRETRIAL
CONFERENCE

TO:   The Attorney(s) for Plaintiff(s):

     This case has been designated an electronic case and has been assigned to this court for all purposes. Counsel for all parties are required to promptly register as filing "USERS" in accordance with the procedure for Electronic Case Filing.

     Counsel for all parties are hereby directed to attend a conference at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

     An Initial pretrial conference will be held on **Wednesday, April 2, 2008 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 15D.

     No application for adjournment will be considered unless made within one week of the date of this application.

     Enclosed is a proposed Case Management Plan and Scheduling Order, pursuant to Rules 16 and 26 (f) of the Federal Rules of Civil Procedure. Counsel for all parties are directed to confer regarding the proposed plan and order. If the proposed schedule is agreeable to all parties, counsel shall sign and file the enclosed plan and order with the Court seven (7) days before the date of the initial pretrial conference. If counsel agrees that a different plan and schedule is appropriate, counsel shall sign and file a different proposed plan and schedule for the court's consideration seven (7) days before the date of the pretrial conference. In the absence of agreement, the Court, after hearing from counsel, will order a Case Management Plan and schedule at the conference. Absent extraordinary circumstances, the Plan shall provide that the case be ready for trial within six months.

     In addition to the matters covered in the Case Management Plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: January 16, 2008
       New York, New York

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Hilda R. Muinos,

                      Plaintiff,           08cv00271(GBD)

     -against-                        CIVIL CASE MANAGEMENT
                                                PLAN AND SCHEDULING ORDER

Thomas Nelson, Inc.,

                      Defendant,
------------------------------------------------------X

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

      1.      No **additional parties** may be joined after **June 4, 2008**.

      2.      No **amendment** to the pleadings will be permitted after **June 4, 2008**.

      3.      Except for good cause shown, all **discovery** shall be commenced in time to be completed by **July 2, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

      4.      **Dispositive motions** are to served by **October 1, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

      5.      A final **pretrial conference** will be held on **November 5, 2008 at 9:30 a.m.**.

      6.      The **Joint Pretrial Order** shall be filed no later than **October 8, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

      7.      **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **November 5, 2008**. The estimated trial time is _____ days, and this is a (jury) (non-jury) trial.

9. The **Next Case Management Conference** will be held on **August 6, 2008 at 9:30 a.m.**.

Dated: January 16, 2008
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant