UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------x
HILDA R. MUINOS,

        Plaintiff,

- against -

THOMAS NELSON, INC.,

        Defendant.
------------------------------------x

ECF Case

No. 08-CV-0271 (GBD)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED and AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that the time within which defendant may answer, move, or otherwise respond with respect to the complaint in this action be and hereby is extended to and including March 5, 2008. Defendant's original time to answer, move, or otherwise respond to the complaint was February 4, 2008, and no previous request for an extension of time has been made.

Dated: New York, New York
      February 5, 2008

Respectfully submitted,

VITRANO & MOSCHETTA, LLP

By: _____
    Andrew Vitrano (AV-9491)

300 Park Avenue
17th Floor
New York, NY 10022
(646) 290-6272
*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Lacy H. Koonce, III (LK-8784)

1633 Broadway
27th Floor
New York, New York 10019
(212) 489-8230
*Attorneys for Defendant*

SO ORDERED:

FEB 07 2008

_____
George B. Daniels, U.S.D.J.