UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HILDA R. MUINOS,

              Plaintiff,

    v.

THOMAS NELSON, INC.,

              Defendant.
------------------------------------------------------------x

Index No. 08-cv-0271

J. Daniels

### FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Thomas Nelson, Inc. states that it is a privately held corporation and that it is 100% owned by Faith Media Holdings, Inc. Faith Media Holdings, Inc. is 100% owned by Faith Media Holdings, LLC. Faith Media Holdings, LLC is 100% owned by InterMedia Partners, L.P. InterMedia Partners, L.P. is a limited partnership. All of these companies are privately held.

Dated: New York, New York
       March 5, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
    Lacy H. Koonce (LK 8784)
    Kevan D. Choset

1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Defendant Thomas Nelson, Inc.*

NYC 194159v1 0000099-011292