UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
HILDA R. MUINOS,

              Plaintiff,

        v.

THOMAS NELSON, INC.,

              Defendant.
------------------------------------------------------------- x

Index No. 08-cv-0271

J. Daniels

**AFFIDAVIT OF SERVICE**

        I, KEVAN CHOSET, being sworn, say: I am not a party to the action, am over 18 years of age and reside at New York, New York. On March 5, 2008, I served the

- RULE 7.1 CORPORATE DISCLOSURE STATEMENT dated March 5, 2008;
- ANSWER TO COMPLAINT dated March 5, 2008;
- MOTION TO TRANSFER CASE dated March 5, 2008;
- MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER CASE dated March 5, 2008; and
- AFFIDAVIT OF FRANK WENTWORTH, ESQ. sworn to March 5, 2008

on the following individual by ECF:

TO:    Andrew Vitrano, Esq.
          Vitrano & Moschetta, LLP
          300 Park Avenue, 17th Floor
          New York, NY 10022
          *Attorney for Plaintiff Hilda R. Muinos*

                                                  KEVAN CHOSET

Sworn to before me this
6 day of March, 2008

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010

1