UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HILDA R. MUINOS,                         :

                Plaintiff,           : ECF CASE

       v.                            : CASE NUMBER: 08 CV 0271

THOMAS NELSON, INC.,                     : (G.B.D.)

                Defendant.           :
----------------------------------------X

## DECLARATION OF ANDREW VITRANO IN OPPOSITION TO MOTION OF DEFENDANT THOMAS NELSON, INC. TO TRANSFER VENUE

    I, Andrew Vitrano, declare and state as follows:

    1.  I am a partner in the law firm of Vitrano & Moschetta LLP, counsel for plaintiff Hilda R. Muinos ("Ms. Muinos") in the above-captioned action. Except for the facts stated on information and belief, all of the facts set forth herein are known to me personally, and if called as a witness, I would testify competently to them.

    2.  Attached hereto as **Exhibit A** is a true and correct copy of a sales receipt for the two books published and distributed by Defendant that Ms. Muinos has alleged contain twenty-nine illustrations that infringe her copyrights. Barnes & Noble Booksellers, located at 1280 Lexington Avenue, New York, New York, issued the receipt to me when I purchased the books.

3.  Attached hereto as **Exhibit B** is true and correct copy of a page on Defendant's website that lists six bookstores in New York, New York where Defendant offers the book for sale. I found the page on Defendant's website, www.thomasnelson.com.

4.  Attached hereto as **Exhibit C** is a true and correct copy of a business records report published by Hoovers, Inc. Upon information and belief, it contains accurate information pertaining to Defendant's business including 2006 sales revenues and employee-count which, upon information and Belief, Defendant voluntarily reported to Hoover's, Inc. I found the information by conducting a search on www.hoovers.com.

5.  For the reasons set forth in the Memorandum of Law of Plaintiff Hilda R. Muinos in Opposition to Motion of Defendant Thomas Nelson, Inc. to Transfer Venue for which the foregoing information if offered in support, I respectfully request that the Court deny Defendant's motion to transfer this case to the Middle District of Tennessee.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2008 at New York, New York.

                                      Respectfully submitted,

                              By: _____
                                   Andrew Vitrano

Exhibit A

# BARNES & NOBLE BOOKSELLERS

Store Number 2525 | 1280 Lexington Ave | New York, NY 10028 | (212)423-9900

## Order Detail

### Customer Information
andrew vitrano

Day Phone #: (917)533-4749
E-mail:

### Shipping Information
Store 2525

Method: Back to Store

### Order Information

Status: Open
Store Ord. #: 2525-326227
Store#: 2525

Ord. Date:
Expected Arrival Date: 3/10/2008
Total Cost: $33.98
Order Submission:

### Item Details

| Item | Qty | Price | Org Expected Arrival Date | New Expected Arrival Date | Expiration Date | Received Date | Product Status |
|---|---|---|---|---|---|---|---|
| 1. Healthy Mother, Healthy Baby: The Complete Guide for New Mothers  ISBN: **1401602983**  Trade Paper | 1 | $16.99 | | | | | New Order |
| Mama sana, bebe sano  ISBN: **0881130397**  Trade Paper | 1 | $16.99 | | | | | New Order |

(355884 TRANS)

---

Barnes & Noble Booksellers
1280 Lexington Avenue
New York, NY 10028
212-423-9900
03-10-08 S02525 R001

CUSTOMER RECEIPT COPY

| | |
|---|---|
| Healthy Mother, Healthy  9781401602987 | 16.99 |
| Mama sana, bebe sano  9780881130393 | 16.99 |
| SUB TOTAL | 33.98 |
| SALES TAX | 2.85 |
| TOTAL | 36.83 |
| AMOUNT TENDERED | |
| AMEX | 36.83 |
| CARD #: | ***********1008* |
| AMOUNT | 36.83 |
| AUTH CODE | 260211 |
| TOTAL PAYMENT | 36.83 |
| A MEMBER WOULD HAVE SAVED | 3.40 |

Thank You for shopping at
Barnes & Noble Booksellers
Shop online 24 hours a day www.bn.com
#355884 03-10-08 02:53P Laura

Exhibit B



Fiction | Nonfiction | Bibles | Kids | Reference | Gift Books | Spanish | FAQ's | C

## Store Finder

While you are welcome to purchase any of our products online, we certainly want you to support your local retailer. To find a Nelson retail partner, including Christian retail stores that are not Christian Book Associa members, enter your search criteria into the provided fields below.

To find a CBA member store near you click here.

**Please Enter Your Search Criteria:**

City
new york    Find

Results:

**BARNES & NOBLE #2525**
E 240 86 ST
NEW YORK, NY 10028

**BARNES & NOBLE #2618**
160 E 54TH ST
NEW YORK, NY 10022-4729

**BARNES & NOBLE #2675**
33 E 17TH ST
NEW YORK, NY 10003-2004
Phone: (212) 539-2237

**BARNES & NOBLE 2628**
1972 BROADWAY
NEW YORK, NY 10023-5903

**GREATER NEW YORK ABC (2)**
12 W 40TH ST
NEW YORK, NY 10018-3901
Phone: (212) 944-2788

**ZOE CHRISTIAN BOOKSTORE**
45 WEST 116TH STREET
NEW YORK, NY 10027
Phone: (212) 828-2776
Fax: (212) 828-7494

News   About Nelson   Catalogs   Employment   Store Finder   Directory of Sites   Business Resources

Terms and Conditions | Privacy Policy | Tech Support | ©2008 Thomas Nelson, Inc. | TN E-Mail

Exhibit C

Case 1:08-cv-00271-GBD   Document 13   Filed 03/18/2008   Page 7 of 9

# Thomas Nelson, Inc.

501 Nelson Place  
Nashville, TN 37214 United States (Map)

Phone: 615-889-9000  
Toll Free: 800-251-4000  
Fax: 615-391-5225

http://www.thomasnelson.com  
Covered by Barbara Murray

## OVERVIEW

Thomas Nelson's psalm of success comes straight from the Good Book. Considered the world's top commercial publisher of Christian-related materials, it produces nine major Bible translations in the English language, as well as biblical reference products, including commentaries, help texts, and study guides. In addition, Thomas Nelson publishes religious and inspirational titles by authors such as Max Lucado and John Eldredge. The company also hosts inspirational conferences (Women of Faith) and is a leading producer of Christian-oriented and family-focused products for adults and children, including books and games, as well as audio, video, and CD-ROM materials. Thomas Nelson became a private company in 2006.

## KEY INFORMATION

| | |
|---|---|
| D-U-N-S Number | 004414983<br>Buy a D&B credit report. |
| Doing Business As | "Creative Papers"<br>"Nelson"<br>"Pretty Papers"<br>"Word" |
| Company Type | Private<br>Headquarters<br>Subsidiary |
| Ultimate Parent | Faith Media Holdings, Llc |
| Ultimate Parent D-U-N-S | 784434826 |
| Year Of Founding or Change In Control | 2006 |
| State of Incorporation | TN |

## KEY NUMBERS

| | |
|---|---|
| Fiscal Year-End | March |
| 2006 Sales (mil.) | $253.1 |
| 1-Year Sales Growth | 6.4% |
| 2006 Employees | 650 |
| 1-Year Employee Growth | 8.3% |
| Employees At This Location | 230 |

## KEY PEOPLE

| | | |
|---|---|---|
| Chairman | Sam Moore | Make A Connection |
| President and CEO | Michael S. (Mike) Hyatt | Make A Connection |
| EVP and CFO | Joe L. Powers | |

|  |  |  |
|---|---|---|
|  |  | Make A Connection |
| VP Information Technology | Rick Proctor | Make A Connection |
| EVP and Chief Live Events Officer | Mary Graham | Make A Connection |

PEOPLE PROFILES PROVIDED BY THOMAS NELSON EMPLOYEES

There are currently no people listed with this company. Be the first:

Add yourself to this company record

SIGNIFICANT DEVELOPMENTS

| Date | Event |
|---|---|

INDUSTRY INFORMATION

First Research Industry Profiles

Book Publishers **(primary)**

Hoover's Industries
- Media
  - Publishing
    - Book Publishing **(primary)**
  - Film & Video
- Business Services
  - Advertising & Marketing

Primary SIC Code

2731: Book publishing

Primary NAICS Code

511130: Book Publishers

INDUSTRY WATCH

Apple's Next Big Thing: New iMac (5:12)

08/03/07 4:40PM ET - Pacific Consumer Electronics Analyst Andy Hargreaves, Marketwatch Columnist John Dvorak, and CNBC Silicon Valley Bureau Chief Jim Goldman discuss what little is known the next generation of the iMac.

TOP COMPETITORS

Courier Corporation

HarperCollins

Reader's Digest

Copyright © 2008, Hoover's, Inc., All Rights Reserved