```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HILDA R. MUINOS,                    :
                 Plaintiff,         : ECF CASE
       v.                           : CASE NUMBER: 08 CV 0271
THOMAS NELSON, INC.,                : (G.B.D.)
                 Defendant.         :
------------------------------------X
```

**DECLARACION DE LA SENORA GUADALUPE DOLE
EN OPOSICION DEL DEFENSORIO DE
THOMAS NELSON, INC. PARA TRASLADAR EL CASO**

Yo, Guadalupe Dole, declaro lo siguiente:

1. Yo soy una amiga muy cercana de la demandante Hilda Rosa Muinos. Yo hago esta declaracion en oposicion del defensorio para trasladar este caso al Districto Medio de Tennessee. Los siguientes son hechos por los cuales yo puedo testificar conocimiento y son verdaderos y estoy dispuesta ser testigo siempre y cuando me necesiten.

2. Yo he conocido a Hilda por casi vente anos. Ella es como una hija para mi, y yo se que ella me considera como su madre. Cuando Hilda viene a Nueva York, ella se queda conmigo en mi apartamento en Chelsea, Nueva York. Si ella no se queda conmigo, ella se queda con mi hija Vivian Merson, en Westchester, Nueva York.

3. Por estas razones, yo le pido, respetuosamente, a la Corte que le niege el defensorio que pide que se traslade este caso al Districto Medio de Tennessee.

Yo certifico debajo de la pena de perjurio debajo de las leyes de los Estados Unidos de America que loque he dicho es cierto y correcto. Tambien certifico que lo siguiente es una verdadera y correcta traduccion en Ingles de loque he declarado aqui. Dicho este dia el 17 de Marzo, 2008 en Nueva York, Nueva York.

Sometido Respetuosamente,

Por: *Guadalupe Dole*
Guadalupe Dole

I, Guadalupe Dole, declare the following:

1. am a very close friend of the plaintiff Hilda Rosa Muinos. I make this Declaration in opposition to the Defendant's motion to transfer this case to the Middle District of Tennessee. The following facts set forth are known to me personally and I will be willing to testify as a witness always and whenever I am needed.

2. I have known Hilda for almost 20 years. She is like a daughter to me, and I know that I am like a mother to her. Whenever Hilda comes to New York, she stays with me at my apartment in Chelsea, New York. If

2

she does not stay with me, she stays with my daughter, Vivian Merson, in Westchester, New York.

3. For these reasons, I respectfully request that the Court deny Defendant's motion to transfer this case to the Middle District of Tennessee.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I also certify that the following is a true and correct translation of what I have declared here. Executed on March 17, 2008 at New York, New York.

Respectfully submitted,

By: *Guadalupe Dole*
Guadalupe Dole