# VITRANO & MOSCHETTA
ATTORNEYS AND COUNSELLORS

VITRANO & MOSCHETTA, LLP
300 PARK AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: 646.290.6272
FACSIMILE: 212.572.6499

WWW.VITRANOLAW.COM

ANDREW VITRANO

MARY ELLEN MOSCHETTA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 7 2008

April 2, 2007

**VIA FAX: (212) 805-6737**

Honorable George B. Daniels
United States Courthouse
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

APR 0 7 2008

Re: **Hilda R. Muinos v. Thomas Nelson, Inc.**, Case No. 08-cv-0271 (G.B.D.)

Dear Judge Daniels:

We represent plaintiff Hilda R. Muinos in the above-referenced action. Yesterday, we provided notice to Your Honor's clerk that counsel for both parties have agreed to an adjournment of the Initial Pretrial Conference scheduled for this morning until the Court has had ample time to consider the pending Motion to Transfer Venue.

Although we were prepared to deliver our oral argument in opposition to the Motion this morning, Your Honor's clerk informed us that it would be preferable to the Court to hear oral arguments on April 29th, 2008 at 10:30am. Therefore we respectfully request that Your Honor adjourn the Pretrial Conference scheduled for this morning at 9:30am and hear oral arguments on the Motion to Transfer Venue on April 29th, 2008 at 10:30am.

Respectfully submitted,

Andrew Vitrano

cc: Lacy H. Koonce III