UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HILDA R. MUINOS,

                Plaintiff,

     -against-

THOMAS NELSON, INC.,

                Defendant.
------------------------------------------------------------x

ORDER
08 Civ. 00271 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant's motion to transfer venue to the Middle District of Tennessee is denied.

Dated: New York, New York
       April 29, 2008

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge