UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------- x
HLIDA R. MUINOS, :  ECF Case
                Plaintiff, :  No. 08-CV-0271 (GBD)
          - against - :  **STIPULATION AND ORDER**
THOMAS NELSON, INC., :
                Defendant. :
------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 03 2008

        IT IS HEREBY STIPULATED and AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that subject to the Court's approval, the Civil Case Management Plan and Scheduling Order issued on January 16, 2008 is hereby modified as follows:

        1. The time for joinder of additional parties is extended by thirty days, such that no additional parties may be joined after July 7, 2008.

        2. The time for amendments to the pleadings is extended by 30 days, such that no amendments to the pleadings will be permitted after July 7, 2008.

        3. The time for completion of discovery is extended by thirty days, such that all discovery shall be commenced in time to be completed by August 4, 2008.

        No other dates in the Civil Case Management Plan and Scheduling Order shall be altered, and the provisions of Paragraph 3 of the Civil Case Management Plan and Scheduling Order regarding applications for additional time to complete discovery shall remain in full force and effect.

Dated: New York, New York
   May 30, 2008

Respectfully submitted,

| VITRANO & MOSCHETTA, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Andrew Vitrano (AV-9491) | Lacy H. Koonce, III (LK-8784) |
| 300 Park Avenue | 1633 Broadway |
| 17th Floor | 27th Floor |
| New York, NY 10022 | New York, New York 10019 |
| (646) 290-6272 | (212) 489-8230 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: JUN 0 3 2008

*[signature]*
George B. Daniels, U.S.D.J.

**HON. GEORGE B. DANIELS**