LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON D.C.

KEVAN CHOSET
DIRECT (212) 603-6435
kevanchoset@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708



August 5, 2008

**VIA FACSIMILE**
**(212) 805-6737**

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

      Re:   *Muinos v. Thomas Nelson, Inc.*
             Index No. 00271/08  *08 cv 271*

Dear Judge Daniels:

      We represent the defendant in the above-referenced matter. We write on behalf of all parties to request an adjournment of the pretrial conference scheduled for August 6, 2008 as well as an adjournment of certain other dates in the Civil Case Management Plan and Scheduling Order for this case.

      Per Your Honor's rules, the parties wish to extend discovery by 60 days in order to allow for additional document collection and out-of-state depositions. Accordingly, the parties do not feel that a pretrial conference would be productive at this time, and request that it be adjourned to October 8, 2008.

      The parties request the adjournments of the dates listed in the Civil Case Management Plan and Scheduling Order as follows:

- All discovery shall be commenced in time to be completed by **October 6, 2008**.

- **Dispositive motions** are to be served by **December 1, 2008**.

- Final **pretrial conference** will be held on **January 7, 2009** (or four (4) weeks from the decision on any dispositive motion)

DWT 11611759v1 0086336-000001

Hon. George B. Daniels
August 5, 2008
Page 2



- The **Joint Pretrial Order** shall be filed no later than **December 8, 2008.**

- The parties shall be **ready for trial** on 48 hours notice on or after **January 7, 2009.**

- The **Next Case Management Conference** will be held on **October 8, 2008 at 9:30 a.m.**

The parties have consulted and request all of the above dates jointly.

Thank you very much for your consideration.

Very truly yours,

Kevan Choset

Enclosures

cc:   Andrew Vitrano, Esq

IT IS SO ORDERED

This 6TH day of August, 2008

AUG 6 2008

Hon. George B. Daniels
USDJ
**HON. GEORGE B. DANIELS**

DWT 11:611759v1 0086336-000001